IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:21-CR-05031-1-BCW |
| LELAND SCOTT GRAHAM, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Rush's Report and Recommendation (Doc. #32), recommending the Court enter an order finding Defendant Leland Scott Graham competent to stand trial. No objections were filed to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #32), the Court finds Defendant Leland Scott Graham COMPETENT to stand trial. It is further

ORDERED that Magistrate Judge Rush's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: February 1, 2022

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT